(132 So. 915)

## Marcus HARRIS v. STATE.
### 3 Div. 679.

Court of Appeals of Alabama.
Jan. 29, 1931.

PER CURIAM.

Appeal dismissed on motion of appellant.

(137 So. 921)

## Nick HARRIS v. STATE.
### 2 Div. 490.

Court of Appeals of Alabama.
Nov. 3, 1931.

SAMFORD, J.

Affirmed.

(135 So. 922)

## Shorty HARRIS v. STATE.
### 7 Div. 784.

Court of Appeals of Alabama.
June 27, 1931.

SAMFORD, J.

Affirmed.

(130 So. 922)

## Brack HARRISON v. STATE.
### 4 Div. 651.

Court of Appeals of Alabama.
Sept. 8, 1930.

PER CURIAM.

Appeal dismissed on motion of appellant.

(131 So. 919)

## Jack HARRISON v. STATE.
### 6 Div. 783.

Court of Appeals of Alabama.
Dec. 16, 1930.

SAMFORD, J.

Appeal dismissed.

(132 So. 915)

## Mable HASKINS, alias, etc., v. STATE.
### 8 Div. 100.

Court of Appeals of Alabama.
Jan. 27, 1931.

BRICKEN, P. J.

Affirmed.

(131 So. 919)

## Harper HAWKINS v. STATE.
### 6 Div. 848.

Court of Appeals of Alabama.
Jan. 13, 1931.

Mullins, Pointer & Deramus, of Birmingham, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.

The constitutionality of the statute under which this prosecution is brought has been upheld by this court. Hayes v. State, 23 Ala. App. 524, 128 So. 774.

Other questions raised, even if technical error, are not of sufficient moment to warrant a reversal. The issue was clear, and the defendant was permitted to make his defense and to introduce all testimony bearing on the issue offered by him. The issue was for the jury, and we find no prejudicial errors in any rulings of the court.

Let the judgment be affirmed.

Affirmed.